STEPHEN R. MICK (SBN 131569)
smick@btlaw.com
SARAH E. JOHNSTON (SBN 259504)
sjohnston@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Defendant
CYME INTERNATIONAL T & D INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATION TECHNOLOGY<br><br>Plaintiff,<br><br>vs.<br><br>CYME INTERNATIONAL T & D INC.; INTERNATIONAL POWER ELECTRIC TECHNOLOGY CO.; AMIR ASLANI; and DOES 1-20,<br><br>Defendants. | Case No. 8:14-CV-00999-JLS (DFMx)<br><br>**[PROPOSED] ORDER ENTERING STIPULATION FOR PROTECTIVE ORDER**<br><br>Complaint Filed June 30, 2014 |

## [PROPOSED] ORDER

The Court, having reviewed and considered the Parties' Stipulation and Proposed Protective Order (Dkt. 25), and for good cause shown, hereby grants the Stipulation and enters the Proposed Protective Order as the Order of this Court.

Dated   December 15, 2014

_____
Hon. Douglas F. McCormick
United States Magistrate Judge