

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OPERATION TECHNOLOGY, INC., | | |
| | Plaintiff, | CASE NO: SACV 14-00999 JVS |
| v. | | (DFMx) |
| CYME INTERNATIONAL T & D INC., | | REDACTED |
| | Defendant. | SPECIAL VERDICT |

DATED: June 21, 2016

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

F

1

We the Jury find as follows:

Question 1. Did ETAP prove by a preponderance of the evidence that CYME directly engaged in false advertising against ETAP by creating or distributing the accused statements?

    __X__ YES      ____ NO

Please proceed to Question 2.

Question 2. Did ETAP prove by a preponderance of the evidence that Amir Aslani directly engaged in false advertising against ETAP by creating or distributing the accused statements?

    __X__ YES      ____ NO

If your answer is "YES" to Question 2, please proceed to Question 3. If your answer is "NO" to Question 2, please proceed to Question 4 and skip Question 3.

2

Question 3. Did ETAP prove by a preponderance of the evidence under the Court's instructions that CYME is responsible for Amir Aslani's conduct?

__X__ YES   _____ NO

If your answer is "YES" to Question 1 or Question 3, please proceed to Question 4. If your answer is "NO" to both Question 1 and Question 3, please stop and sign the last page of the verdict form and skip all remaining questions.

Question 4. What amount did ETAP prove by a preponderance of the evidence as the actual damages that were caused by the false advertising contained in the accused statements?

Past lost profits:  $ 7,000,000

Expense of preventing customers or potential customers from being deceived:  $ 220,000

Corrective advertising:  $ 260,000

Damage to good will and reputation:

$ 1,000,000

3

Please proceed to Question 5.

Question 5: Did CYME prove by a preponderance of the evidence that ETAP failed to take reasonable steps to mitigate the damages that were caused by the false advertising contained in the accused statements?

_____ YES    \_\_\_X\_\_\_ NO

If your answer is "YES" to Question 5, please proceed to Question 6. If your answer is "NO" to Question 5, please proceed to Question 7.

Question 6. What amount of damages did CYME prove by a preponderance of the evidence that ETAP suffered as a result of its failure take reasonable steps to mitigate its damages?

$ _____

Please proceed to Question 7.

4

Question 7. In creating or distributing the accused statements or causing the creation or distribution of the accused statements, did CYME act wilfully?

    **X** YES        _____ NO

Dated: 6/21/2016      _____

                                               Foreperson

After the verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom.