William J. O'Brien (Bar No. 99526)
wobrien@onellp.com
ONE LLP
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90210
Telephone: (310) 866-5158
Facsimile: (310) 943- 2085

Kristin L. Cleveland (Bar No. 184639)
kristin.cleveland@klarquist.com
Salumeh R. Loesch (Admitted Pro Hac Vice)
salumeh.loesch@klarquist.com
John D. Vandenberg (Admitted Pro Hac Vice)
john.vandenberg@klarquist.com
KLARQUIST SPARKMAN LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Attorneys for Plaintiff,
Operation Technology, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OPERATION TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYME INTERNATIONAL T & D INC. <br><br> Defendant. | Case No. SACV 14-00999-JVS (DFMx) <br><br> *Hon. James V. Selna* <br><br> **STIPULATED PERMANENT INJUNCTION AND CONSENT JUDGMENT** |

STIPULATED INJUNCTION AND CONSENT JUDGMENT

Plaintiff Operation Technology, Inc. ("ETAP") pursued this action for false advertising under Section 43(a) of the Lanham Act against Defendant CYME International T&D Inc. ("CYME" or "Defendant"). The Parties have entered into a confidential settlement agreement. The Parties, by and through their undersigned counsel, consented to entry of this Permanent Injunction and Consent Judgment.

Now, therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

**1.** Judgment is entered in favor of Plaintiff ETAP and against Defendant.

    **a.** The Court previously found on summary judgment that the accused materials are literally false.

        **i.** Literally false material has been posted in videos associated with "Independent Power Engineers", "Independent Power.Engineers" and "Independent Engineerse" "channels" on YouTube.

        **ii.** Literally false material has been distributed via email by the following e-mail accounts: arghavan.e1985@gmail.com; OLA.D.36@gmail.com; sa.sasirana@gmail.com; stan.3626@gmail.com; prashanth.s.9863@gmail.com; independent.power.engineers@gmail.com; powersystem.expertengineer@gmail.com; muhammad.uhjl@gmail.com; ahmed.sh9311@gmail.com; validating.elec.software@gmail.com.

        **iii.** Literally false material has been posted on the following website: ipengeineers.net.

    **b.** The Court hereby adopts the following Jury findings: (1) ETAP proved by a preponderance of the evidence that defendant directly engaged in false advertising against ETAP by creating or distributing the accused

statements; (2) ETAP proved by a preponderance of the evidence that Amir Aslani directly engaged in false advertising against ETAP by creating or distributing the accused statements; and (3) ETAP proved by a preponderance of the evidence under the Court's instructions that Defendant was responsible for Amir Aslani's conduct.

**2.** All claims are dismissed with prejudice.

**3.** The parties consent to this Court retaining jurisdiction over the action and compliance with the parties' confidential settlement, and this Consent Judgment and Permanent Injunction.

## INJUNCTION ORDER

**4.** As to Defendant: Defendant and each of its successors, officers, agents, employees, and attorneys and all persons, partnerships or corporations in present or future active concert or participation with Defendant or any other person, partnership or corporation acting on behalf of Defendant, are enjoined from advertising, publishing, repeating or disseminating, whether explicitly or implicitly and whether directly or indirectly, any of the statements the Court held to be literally false (collected in Ex. 200) (or any substantially similar statements disparaging ETAP software unless first verified beyond a reasonable doubt to be from an authentic, legitimate source and not associated with Amir Aslani or Defendant).

**5.** The Court hereby issues the following orders with respect to certain electronic resources, and authorizes ETAP to deliver a copy of this judgment to third parties who may control access to said resources:

A. All videos associated with "Independent Power Engineers," "Independent Power.Engineers," and any substantially similar named entity, purporting to report problems with ETAP software, are hereby ordered to be taken down from YouTube.

STIPULATED INJUNCTION AND CONSENT JUDGMENT 2

    B.    Any domain for ipengeineers.net (currently ONLINENIC, INC.) and any future web site with substantially the same content disparaging ETAP shall be deactivated.

    C.    The following "gmail" accounts associated with fake experts and fake customers as part of the smear campaign, are hereby ordered to be deactivated from Google: arghavan.e1985@gmail.com; OLA.D.36@gmail.com; sa.sasirana@gmail.com; stan.3626@gmail.com; prashanth.s.9863@gmail.com; independent.power.engineers@gmail.com; powersystem.expertengineer@gmail.com; muhammad.uhjl@gmail.com; ahmed.sh9311@gmail.com; validating.elec.software@gmail.com

**IT IS SO ORDERED.**

DATED: October 11, 2016    By: _/s/ James V. Selna_
    The Honorable James V. Selna

**IT IS SO STIPULATED.**

Dated: October 7, 2016    **KLARQUIST SPARKMAN, LLP**
By: /s/ Kristin L. Cleveland
Kristin L. Cleveland
Salumeh R. Loesch
John D. Vandenberg

Dated: October 7, 2016    **JONES DAY**
By: /s/ Jeffrey A. LeVee
Jeffrey A. LeVee
Christopher K. Pelham

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), Kristin L. Cleveland attests that concurrence in the filing of this document has been obtained from Jeffrey LeVee and that she is authorized to affix Mr. LeVee's electronic signature to this document.

Dated:  October 7, 2016                          By:/s/ Kristin L. Celveland